712

Court of Appeals for the Second Circuit granted. *Messrs. James I. Cuff* and *Henry G. Singer* for petitioners. *Solicitor General McGrath, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States. Reported below: 151 F. 2d 170.

No. 484. Poff, Executrix, *v.* Pennsylvania Railroad Co. November 13, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Morris A. Wainger* for petitioner. *Mr. Ray Rood Allen* for respondent.

No. 505. Holmberg et al. *v.* Armbrecht et al. November 19, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Edmund Burke, Jr.* and *Clarence Fried* for petitioners. *Messrs. Chester Rohrlich* and *Edgar M. Souza* for respondents.

No. 517. D. A. Schulte, Inc. *v.* Gangi. November 19, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Edwin A. Falk* and *Abraham Friedman* for petitioner. Respondent *pro se.*

No. 556. Order of United Commercial Travelers of America *v.* Wolfe. November 19, 1945. Petition for writ of certiorari to the Supreme Court of South Dakota granted. *Messrs. Byron S. Payne* and *E. W. Dillon* for petitioner. *Mr. Hubbard F. Fellows* for respondent.